UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CAROLYN S. DENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:11 CV 58 |
| | ) |
| JOHN E. POTTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Defendants the United States Postal Service and United States Postmaster General Megan Brennan have moved for reconsideration of their summary judgment motion. (DE # 52.) The previously-imposed dates for the final pretrial conference and trial date are hereby **VACATED** pending resolution of defendants' motion for reconsideration. (*See* DE # 50.)

**SO ORDERED.**

Date: August 5, 2015

     s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT